

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. AP-75,992

### EX PARTE JOSHUA STEVEN ROMO, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W05-73295-P IN THE 203RD DISTRICT COURT FROM DALLAS COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty, was convicted of second degree robbery and after a period of deferred adjudication was revoked, was sentenced to five years' imprisonment. He did not appeal his conviction.

After Applicant pleaded guilty and was sentenced, the victim executed an affidavit stating that Applicant did not steal a bicycle from him, as was alleged in the indictment. Applicant alleges that the new affidavit shows that he is actually innocent of the second degree felony of which he is

convicted.

The trial court has determined that the affidavit is credible and that Applicant has established by clear and convincing evidence that a jury would acquit him of the second degree offense of robbery. The State and the trial court both recommend granting relief. Applicant is entitled to relief.

Relief is granted. The judgment in Cause No. 05-73295-P in the 203rd Judicial District Court of Dallas County is set aside, and Applicant is remanded to the Dallas County Sheriff to answer the charge against him.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: September 10, 2008
Do Not Publish